CHRISTOPHER O'BRIEN v. F. H. CHAMBERS, ASSOCIATE JUDGE OF THE RECORDER'S COURT OF DETROIT.

[See 92 Mich. 17; 96 Id. 630.]

*Criminal law—New trial—Mandamus.*

*Mandamus* will not lie to compel the trial judge to grant a motion for a new trial, where the petition fails to show that any evidence was produced in support of the motion.

*Mandamus.* Order to show cause denied January 10, 1893.

Relator was convicted of murder in the second degree, and sentenced to imprisonment in the State prison for 20 years. The judgment was reversed, and on a second trial he was convicted of manslaughter. A motion for a new trial was denied, and relator applied for a *mandamus* to compel the respondent to grant the motion. For a full statement of facts, see *People v. O'Brien,* 92 Mich. 17, 96 Id. 630.

*James H. Pound,* for relator.

PER CURIAM. An order to show cause is denied. The petition fails to show what the application to the respondent was; that is to say, it does not show that any evidence was produced to the respondent in support of the application for a new trial.